CHARLES L. GARDNER v. BLACK MOUNTAIN RAILWAY COMPANY.

(Filed 20 March, 1935.)

APPEAL by plaintiff from *Warlick, J.,* at October Term, 1934, of YANCEY.

Civil action to recover damages for an alleged negligent injury.

Plaintiff was employed as hostler and was engaged in removing plug, preparatory to cleaning engine or boiler on 17 February, 1933, when wrench, two and one-half feet long, fell upon his leg and injured him. "The day I was hurt my boy went under the engine with me and held up the wrench until I loosened the plug. I washed the mud out of the boiler and put the plug back in. The boy was outside. I could have had the boy help me but didn't think I needed him. I had put the wrench off and on many a time and thought I could do it again. The only trouble was the plug was too large so that I had to drive the wrench on the plug to get it on. It slipped off and pulled out because I didn't hammer it enough. It had slipped off before, but not when I would drive it tight enough."

Judgment of nonsuit entered at the close of plaintiff's evidence, from which plaintiff appeals, assigning error.

*W. K. McLean and Huskins & Wilson for plaintiff.*
*Pless & Sample, Charles Hutchins, and Murray Allen for defendant.*

PER CURIAM. Affirmed on authority of *Taylor v. R. R.,* 203 N. C., 218, 165 S. E., 357; *Bunn v. R. R.,* 169 N. C., 648, 86 S. E., 503; *Bradley v. Coal Co.,* 169 N. C., 255, 85 S. E., 388.

Affirmed.

---

HERMAN DEAN v. A. A. DUVALL.

(Filed 20 March, 1935.)

CIVIL ACTION, before *Hill, Special Judge,* at August Term, 1934, of MACON.

The plaintiff instituted a summary proceeding in ejectment against the defendant before a justice of the peace. The defendant filed an answer denying that he was a tenant of plaintiff, or that the plaintiff was the owner of the land, and also alleged that he was the owner of said